DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499
Maria M. Patterson, Esq.
Joan M. Secofsky, Esq.
(mpatterson@diamondmccarthy.com)
(jsecofsky@diamondmccarthy.com)

*Attorneys for Defendant Matthew Hallberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
LeCROY CORPORATION,

        Plaintiff,

-against-

MATTHEW HALLBERG,

        Defendant
------------------------------------------------------x

09 Civ. 8767 (PKC)

MOTION FOR
ADMISSION OF
DAVID T. WEI
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Maria M. Patterson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    David T. Wei

    Firm Name:    Wei Law Office

| | |
|---|---|
| Address: | 1763 Church Street, #4 |
| City/State/Zip: | San Francisco, CA 94131 |
| Phone Number: | (415) 305-1922 |
| Fax Number: | (415) 373-4110 |
| Email Address: | davidiplaw@gmail.com |

David T. Wei is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against David T. Wei in any State or Federal court.

Dated: New York, New York
January 20, 2010

> Respectfully submitted,
>
> _____
> Maria M. Patterson (MP 1510).
> Diamond McCarthy LLP
> 620 Eighth Avenue, 39th Floor
> New York, New York 10018
> Telephone: (212) 430-5400
> Facsimile: (212) 430-5499
>
> *Attorneys for Defendant Matthew Hallberg*

2

DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499
Maria M. Patterson, Esq.
Joan M. Secofsky, Esq.
(mpatterson@diamondmccarthy.com)
(jsecofsky@diamondmccarthy.com)

*Attorneys for Defendant Matthew Hallberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

LeCROY CORPORATION,

    Plaintiff,

-against-

MATTHEW HALLBERG,

    Defendant

-----------------------------------------------------x

09 Civ. 8767 (PKC)

AFFIDAVIT OF MARIA M. PATTERSON IN SUPPORT OF MOTION FOR ADMISSION OF DAVID T. WEI PRO HAC VICE

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NEW YORK  )

MARIA M. PATTERSON, being duly sworn, deposes and states:

1. I am a senior counsel of the firm Diamond McCarthy LLP, attorneys for defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of

defendant's motion to admit David T. Wei as counsel pro hac vice to represent defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on August 22, 1983. I am also admitted to the bar of this Court and am in good standing with this Court.

3. I have known Mr. Wei for approximately a month. He maintains an office for the practice of law in San Francisco, California.

4. My contacts with Mr. Wei indicate that he is a skilled attorney and person of integrity. He is experienced in federal practice and with the federal rules of procedure.

5. Accordingly, I am pleased to move the admission of David T. Wei, pro hac vice.

6. I respectfully submit a proposed order granting the admission of David T. Wei, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, your deponent respectfully requests that motion to admit David T. Wei, *pro hac vice*, to represent defendant in the above captioned matter, be granted.

Dated: New York, New York

_____
MARIA M. PATTERSON (MP 1510)

Sworn to before me this
20th day of January, 2010

_____
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 20 10

2



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *DAVID T. WEI*

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that DAVID T. WEI was on the 2nd day of June 2004 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 15th day of January, 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: *[signature]*
*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
LeCROY CORPORATION,                                    :
:
:
:                    09 Civ. 8767 (PKC)
Plaintiff,                                             :
:
-against-                                              :    ORDER FOR ADMISSION
:    OF DAVID T. WEI
MATTHEW HALLBERG,                                      :    PRO HAC VICE
:    ON WRITTEN MOTION
:
Defendant                  :
:
-------------------------------------------------------x

Upon the motion of Maria M. Patterson, attorney for Defendant Matthew Hallberg and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David T. Wei |
| Firm Name: | Wei Law Office |
| Address: | 1763 Church Street, #4 |
| City/State/Zip: | San Francisco, CA 94131 |
| Phone Number: | (415) 305-1922 |
| Fax Number: | (415) 373-4110 |
| Email Address: | davidiplaw@gmail.com |

is admitted to practice pro hac vice as counsel for Defendant Matthew Hallberg in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LeCROY CORPORATION,

        Plaintiff,

-against-

MATTHEW HALLBERG,

        Defendant
------------------------------------------------------------x

09 Civ. 8767 (PKC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  Zana Haxha, being duly sworn, deposes and says:

  1. I am not a party to the action, am over eighteen years of age and reside in Bronx County, State of New York.

  2. On January 20, 2010, I served the Motion for Admission of David T. Wei Pro Hac Vice in the above captioned action by depositing a true copy thereof in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to:

Irene E. Hudson
Fish & Richardson P.C.
601 Lexington Avenue, 52nd Floor
New York, New York  10022
Email: hudson@fr.com

David James Miclean
Fish & Richardson P.C.
500 Arguello Street, suit 500
Redwood City, California  94063
Email: miclean@fr.com

                 _____
                 ZANA HAXHA

Sworn to before me this
20th day of January, 2010

_____
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 20_10_